# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 17-181** |
| | * | |
| **VERSUS** | * | **SECTION: "H"** |
| | * | |
| **CHAD ALLEN SCOTT** | * | |
| **RODNEY P. GEMAR** | * | |
| | * | |

## ORDER

Considering the Motion to Join and Adopt Pleadings filed by defendant, RODNEY P. GEMAR:

**IT IS ORDERED** that the Motion to Join and Adopt Pleadings filed by defendant, RODNEY P. GEMAR, is hereby **GRANTED**, and he be allowed to adopt in its entirety the Motion for Review and Reversal of Magistrate's Denial of Motions to Compel Discovery and for a Bill of Particulars and Memorandum in Support (Doc. Nos. 85 and 85-1) and the Motion to Dismiss the Indictment Based on Prosecutorial Misconduct and Memorandum in Support (Doc. Nos. 87 and 87-1) filed by co-defendant, CHAD ALLEN SCOTT, in the above-captioned matter.

New Orleans, Louisiana, this  19th  day of June, 2018.

_____
U.S. DISTRICT JUDGE JANE TRICHE MILAZZO