MINUTE ENTRY
MILAZZO, J.
September 30, 2019

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-181** |
| **CHAD SCOTT ET AL.** | **SECTION "H"** |

## MINUTE ENTRY

On September 30, 2019, the Court held a status conference. Timothy Duree and Charles Miracle participated on behalf of the USA; Kerry Miller and Kristen Amond participated on behalf of Chad Scott; and Zackory Wood participated on behalf of Rodney Gemar.

**IT IS ORDERED** that a telephone status conference is **SET** for October 7, 2019 at 2:00p.m. Counsel for the Government shall initiate the call and consolidate all parties onto one line before contacting chambers at 504-589-7585.

(JS-10:25)