MINUTE ENTRY
MILAZZO, J.
JUNE 8, 2021

JS-10: 07:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

VERSUS                                           NO. 17-181 "H"

CHAD ALLEN SCOTT
RODNEY P. GEMAR

## JURY TRIAL
(Day 2)

CASE MANAGER: CHERIE CHARLES/ BRIDGET GREGORY
COURT REPORTER: ALEXIS VICE/ TONI TUSA
LAW CLERK: EMMY SCHROETER

APPEARANCES:   CHARLES A. MIRACLE AND TIMOTHY A. DUREE, AUSA, FOR GOVERNMENT
               KERRY J. MILLER, REBEKKA C. VIETH, KRISTEN D. AMOND, AND ALYSSON MILLS, FOR DEFENDANT CHAD SCOTT.
               BRADLEY J. EGENBERG, AND AARON HURD, FOR DEFENDANT RODNEY P. GEMAR

Trial resumes at 8:30 a.m.
Sequestration ordered as to any potential witnesses.
All jurors present.
Opening statements given by counsel.

WITNESS:   Alan Karr sworn and testifies.
EXHIBITS:  Government Exhibits 1-12, 50, 51, 53-67 offered and admitted into evidence.

Court recessed at 11:45 a.m.
Court in session at 1:00 p.m.

Testimony of Alan Karr continues.
EXHIBITS:  Defense Exhibits 352, 375 offered and admitted into evidence.

WITNESS:   Johnny Domingue sworn and testifies.

WITNESS:   Joseph Closs sworn and testifies.
EXHIBITS:  Government Exhibits 13-26 offered and admitted into evidence.

WITNESS:    Kevin Paul Whittington sworn and testifies.

Court recessed at 5:35 p.m. until June 9, 2021 at 8:30 a.m.