UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-181 |
| VERSUS | SECTION "H" |
| RODNEY P. GEMAR | |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been RESET for Sentencing on **September 23, 2021 at 9:30 a.m.,** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: August 19, 2021

CAROL L. MICHEL, CLERK

**TO:**
**Rodney P. Gemar** c/o USM

by:    **Erin Mouledous**
       **Case Manager**

**Counsel for defendant, Gemar:**
BRADLEY J. EGENBERG
ZACKORY K. WOOD
Egenberg, APLC
650 Poydras Street
Suite 2525
New Orleans, LA 70130

AUSA:
CHARLES A. MIRACLE
TIMOTHY ADAM DUREE

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

**JUDGE JANE TRICHE MILAZZO**

FOREIGN LANGUAGE INTERPRETER:
NONE

SA R. D. Hardgrave, FBI
R.Hardgrave@ic.fbi.gov