UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-181 |
| VERSUS | SECTION "H" |
| RODNEY P. GEMAR | |

<u>**RE-NOTICE OF SENTENCING**</u>

Take Notice that the sentencing of this matter set for September 23, 2021 has been RESET for **OCTOBER 20, 2021 at 9:00 a.m.,** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: September 17, 2021                    CAROL L. MICHEL, CLERK

**татO:**                                              by:    **Erin Mouledous**
**Rodney P. Gemar** c/o USM                         **Case Manager**

**Counsel for defendant, Gemar:**              AUSA:
BRADLEY J. EGENBERG                            CHARLES A. MIRACLE
ZACKORY K. WOOD                                TIMOTHY ADAM DUREE
Egenberg, APLC
650 Poydras Street
Suite 2525                                     U.S. Marshal
New Orleans, LA 70130

U.S. Probation Office - U.S. Pretrial Services

**JUDGE JANE TRICHE MILAZZO**

FOREIGN LANGUAGE INTERPRETER:
<u>NONE</u>

SA R. D. Hardgrave, FBI
R.Hardgrave@ic.fbi.gov