UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-181** |
| **RODNEY GEMAR** | **SECTION: "H"** |

### ORDER

Before the Court is Defendant Rodney Gemar's Motion for New Trial (Doc. 651).

Accordingly;

**IT IS ORDERED** that the Motion is **DENIED**, with reasons to follow.

New Orleans, Louisiana, on this 19th day of October, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE