# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **RODNEY P. GEMAR** | * | |
| | * | |

\* \* \*

## GOVERNMENT'S MOTION TO DISMISS DEFENDANT GEMAR FROM THE ORIGINAL INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Trial Attorneys, and respectfully Motions this Court to Dismiss Defendant Gemar from the Original Indictment. Rec. Doc. 1. Defendant Gemar was convicted and sentenced under the Superseding Indictment. Rec. Doc. 71. Counsel for Defendant Gemar consents to this Motion.

Respectfully submitted,

Nicholas L. McQuaid
Principal Deputy Assistant Attorney General
for the Criminal Division
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C § 515

 /s/Charles A. Miracle
Charles A. Miracle (OH #67814)
Timothy A. Duree (TX #24065179)
Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2660
timothy.duree2@usdoj.gov
charles.miracle@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                           /s/Charles A. Miracle
                                           Charles A. Miracle
                                           Trial Attorney
                                           U.S. Department of Justice