# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 17-181** |
| **VERSUS** | * | **SECTION: "H"** |
| **RODNEY P. GEMAR** | * | |
| | * * * | |

## ORDER

Upon consideration of the Government's Motion in Dismiss Defendant Gemar from the Original Indictment:

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss is **GRANTED**.

New Orleans, Louisiana, this __22nd__ day of October, 2021.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**