**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DEK** |
| **VERSUS** | * | **SECTION: "H"** |
| **RODNEY P. GEMAR** | * | |
| | * | |

\* \* \*

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW AND CANCEL EVIDENTIARY HEARING

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Trial Attorneys, and respectfully moves this Honorable Court to hold a limited-purpose hearing on August 17, 2023, for the purpose of confirming that Defendant Gemar knowingly and voluntarily filed his motion to withdraw the juror bias claim (Doc. 750)

The Fifth Circuit remanded Gemar's case to this Court with instructions to hold an evidentiary hearing on his post-trial juror bias claim. *See United States v. Gemar*, 65 F.4th 777, 781 (5th Cir. 2023). This hearing would ascertain whether Gemar's juror basis allegations were credible and newly discovered, as Gemar had alleged to the Fifth Circuit. *Id*. Now, one week before the hearing that Gemar sought, he has abandoned and withdrawn his juror bias claim.

Given this change in Gemar's position, the United States requests this Court hold a hearing on August 17, 2023, for the limited purpose of confirming on the record that Gemar has knowingly and voluntarily abandoned and withdrawn his juror bias claim.[1] If the Court finds that Gemar knowingly and voluntarily executed this motion, the government requests that the Court make a

---

[1] Such a hearing need not, and should not, inquire into Gemar's reasons for the withdrawal.

factual finding on the record.

If the Court declines to hold a limited-purpose hearing, the government requests that the Court direct Gemar to submit a signed certification attesting his intent to abandon and withdraw his juror bias claim.  The government further requests that Gemar attest that he fully discussed this matter with his counsel, that counsel answered all his questions, and that Gemar is satisfied with his counsel's representation.  Finally, the government requests that the Court direct counsel to submit a signed certification with this Court attesting that counsel discussed the juror bias claim with Gemar, fully advised Gemar of the consequences of his abandonment and motion to withdraw, and that counsel is satisfied that Gemar's decision is informed and voluntary.

Respectfully submitted,

Nicole M. Argentieri
Acting Assistant Attorney General
for the Criminal Division

*/s/ Charles A. Miracle*
Timothy A. Duree (TX #24065179)
Charles A. Miracle (OH #67814)
Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2660
timothy.duree2@usdoj.gov
charles.miracle2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Timothy A. Duree*
Timothy A. Duree (TX #24065179)
Trial Attorney
U.S. Department of Justice
timothy.duree2@usdoj.gov
