# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-181** |
| **RODNEY GEMAR** | **SECTION: "H"** |

## ORDER

Before the Court are the Government's Response to Defendant's Motion to Withdraw and Cancel Evidentiary Hearing (Doc. 761) and Defendant Rodney Gemar's Reply thereto (Doc. 762). The Government asks this Court to hold a hearing for the limited purpose of confirming on the record that Gemar has knowingly and voluntarily abandoned and withdrawn his juror bias claim. Defendant opposes this request, noting that Defendant's counsel, under Rule 11, accurately and in good faith communicated his client's will in his Motion to Withdraw and Cancel Evidentiary Hearing.

Accordingly;

**IT IS ORDERED** that the Government's request is **DENIED**. This Court is satisfied that the representations of Defendant's counsel in Record Document 759 accurately reflect Defendant's wishes and does not find that any further action is necessary.

New Orleans, Louisiana, on this 14th day of August, 2023.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**